**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Mori Lee, LLC ) | |
| ) | |
| v. ) | Case No. 20-cv-7648 |
| ) | |
| THE PARTNERSHIPS and ) | Judge: Hon. Sara L. Ellis |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | Magistrate: Hon. Jeffrey Cummings |
| ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Mori Lee, LLC, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 253 | Smartree | 57862a0a94bcf1439ce281fe |
| 37 | Zikai Zhan | A1OCUASGLT78ZE |

Dated: May 17, 2021   Respectfully submitted,

By:   s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com